**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| CLARENCE JOSEPH MATHEWS, JR. | CIVIL ACTION NO. 6:24-1597 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SHERIFFS DEPT. VERMILION PARISH, ET AL. | MAGISTRATE JUDGE WHITEHURST |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 17th day of April, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE